UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Michael Francis Anthony Wind,

        Petitioner,

vs.                                ORDER ADOPTING
                                    REPORT AND RECOMMENDATION

Faribault State Prison,

        Respondent.                    Civil No. 12-2781 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That Plaintiffs' petition [Docket No. 1] is summarily dismissed. No certificate of appealability will issue.

DATED: 01/07/13                              s/Patrick J. Schiltz
At Minneapolis, Minnesota               Patrick J. Schiltz, Judge
                                               United States District Court